# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LAWRENCE W. WILLE & RUTHE M. WILLE  Case Number: 06-72040
7602 ANDREA LANE   SSN-xxx-xx-5346 & xxx-xx-1077
CRYSTAL LAKE, IL  60012

Case filed on: 11/1/2006
Plan Confirmed on: 2/16/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $9,138.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
| 006 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MEDICAL RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LAWRENCE W. WILLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 10,346.88 | 10,346.88 | 2,262.95 | 680.43 |
| 002 | SUNTRUST MORTGAGE, INC. | 200,077.33 | 0.00 | 0.00 | 0.00 |
| 003 | SUNTRUST MORTGAGE, INC. | 48,923.46 | 3,146.96 | 3,146.96 | 0.00 |
|  | Total Secured | 259,347.67 | 13,493.84 | 5,409.91 | 680.43 |
| 004 | AMERICAN COLLECTION CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | GOOD SHEPHERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GUMMERSON & RAUSCH LLC (G&R) | 3,925.35 | 3,925.35 | 0.00 | 0.00 |
| 008 | LAW OFFICE OF HAROLD M. SAALFELD | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| 009 | JVDB ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ST. JOSEPH HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROUNDUP FUNDING LLC | 156.80 | 156.80 | 0.00 | 0.00 |
| 015 | WELLS FARGO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 8,031.37 | 8,031.37 | 0.00 | 0.00 |
| 017 | JERRY M SALZBERG | 419.23 | 419.23 | 0.00 | 0.00 |
|  | Total Unsecured | 14,032.75 | 14,032.75 | 0.00 | 0.00 |
|  | Grand Total: | 276,654.42 | 30,800.59 | 7,909.91 | 680.43 |

Total Paid Claimant:    $8,590.34
Trustee Allowance:      $547.66         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00         discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan